887 F.2d 261
 Ghana (Dr. E. Muhammad), a/k/a Muhammed (Al Wali D.)
v.
Fauver (William H.), Beyer (Howard), Morton (Willis), Barbo
(James), Kawalichek (Guard), Rochelle (Edwin), Boyd (Guard),
Black (Guard), Walters (Linton), Paterson (Tommy),
Kololinsko (Guard), Snow (Guard), Hill (Guard), Erskin
(Guard), Grant (Guard), Woodard (J.)
 NO. 89-5536
 United States Court of Appeals,
Third Circuit.
 SEP 26, 1989
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.